[No. 31389-1-III.   Division Three.   April 8, 2014.]
THE STATE OF WASHINGTON, *Respondent*, v. CARL KEITH
MATHENY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 12-1-00949-3, Carrie L. Runge, J., entered January 9, 2013. *Affirmed* by unpublished opinion per Brown, J.,
concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 31496-1-III.   Division Three.   April 8, 2014.]
MARIA MACHADO, *Appellant*, v. THE DEPARTMENT OF LABOR AND
INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 08-2-00848-6, Michael G. McCarthy, J., entered
February 28, 2013. *Affirmed* by unpublished opinion per
Korsmo, J., concurred in by Siddoway, C.J., and Knodell, J.
Pro Tem.

[No. 69565-7-I.   Division One.   April 14, 2014.]
GARY D. CORPRON ET AL., *Respondents*, v. LEIGH M. KELLOGG
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-08518-0, Dave Needy, J. Pro Tem.,
entered October 15, 2012. *Affirmed* by unpublished opinion
per Appelwick, J., concurred in by Lau, J., and Grosse, J. Pro
Tem.